# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00072-CV

### In re Robert Galvin

### A. R., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-18-003020, THE HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## O R D E R   T O   S H O W   C A U S E

**PER CURIAM**

This is a contempt proceeding ancillary to the appeal of A.R. The subject of this proceeding is Robert Galvin, appellant's attorney.

Appellant filed her notice of appeal on January 27, 2020, and her brief was due March 24, 2020. On March 26, 2020, we ordered counsel to file appellant's brief no later than April 10, 2020. To date, appellant's brief has not been filed.

Therefore, it is hereby ordered that Robert Galvin shall appear remotely before this Court **on Wednesday, May 6, 2020, at 11:00 a.m.**, to show cause why he should not be held in contempt and have sanctions imposed for his failure to obey our March 26, 2020 order. Prior to the hearing date, the Clerk of the Court will send a follow-up letter via email containing

best practices and a link for the Zoom hearing. Failure to appear remotely will be treated the same as failure to appear in person, and Galvin may be subject to a contempt order for failure to appear. This order to show cause will be withdrawn and Galvin will be relieved of his obligation to appear before this Court as ordered above if the Clerk of this Court receives appellant's brief **on or before Monday, May 4, 2020.**

It is ordered on April 23, 2020.


Before Chief Justice Rose, Justices Baker and Triana